UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2793**

In Re: Samuel H. Hall, Jr.
(Related to D.V.I. No. 3:11-cv-00054)

**ORDER**

      Action on the above-captioned petition for writ of mandamus is hereby deferred. Petitioner did not serve the petition for writ of mandamus on each party to the proceeding in the trial court (or on counsel for each party) nor provide a copy of the petition to the District Court judge.  See Fed. R. App. P. 21(a)(1).  The initial filing of the petition via the Court's electronic case filing system does not constitute service on opposing counsel or the District Court judge as notice of the filing is received by the Court's staff only. A certificate of service reflecting that the petition has been served by Petitioner must be submitted to the Court of Appeals within fourteen (14) days of the date of this Order.  See Fed. R. App. P. 21, 25.  The petition will not be submitted to the Court until proof of service is filed.  If proof of service is not filed by the deadline, the petition may be dismissed without further notice.  See 3d Cir. L.A.R. 107.2.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: September 19, 2025
PDB/cc: All Counsel of Record