# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| In re:<br><br>SAMUEL H HALL, JR.,<br><br>　　　　　　Petitioner. | Case No.  25-2793<br><br>District Court Case Number<br>3:11-cv-00054 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 19th  day of September, 2025, I caused

to be served the Petition for Writ of Mandamus by email to:

| | |
|---|---|
| Hon. Robert A. Molloy, Chief Judge<br>District Court of the Virgin Islands<br>molloy_chambers@vid.uscourts.gov | Andrew C. Simpson, Esq.<br>2191 Church Street, Ste 5<br>Christiansted, VI 00820<br>340-719-3900<br>asimpson@coralbrief.com |

And,  I FURTHER CERTIFY that on the 22nd day of September,

2025, I caused to be served by hand delivery to :

Hon. Robert A. Molloy, Chief Judge
c/o Clerks Office
District Court of the Virgin Islands
Division of St. Thomas/St. John
5500 Veteran's Drive
Charlotte Amalie, St. Thomas
00802-6424

Additionally, I FURTHER CERTIFY that on the 22nd day of September, 2025 I mailed via United States priority first class prepaid mail copies of the Petition for Writ of Mandamus to:

Andrew C. Simpson, Esq.  
2191 Church Street, Ste 5  
Christiansted, VI 00820

Emily Shoup, Esq.  
Beckstedt & Associates  
2162 Church Street  
Christiansted, VI 00820

<u>/s/Robert L. King, Esq.</u>

Attorney for Petitioner.