UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-157

No. 25-2793

IN RE: SAMUEL H. HALL, JR.,
                           Petitioner

(Related to D.V.I. No. 3:11-cv-00054)

Present:  KRAUSE, MATEY and SCIRICA, Circuit Judges

1. Petition for Writ of Mandamus filed by Petitioner.

                                       Respectfully,
                                       Clerk/pdb

_____ORDER_____

      Since the filing of this mandamus petition on September 19, 2025, the District Court entered two orders: (1) an order on September 29, 2025 (Dist. Ct. Dkt. No. 521), denying Defendants' motion for summary judgment on the conversion and removal of lis pendens claims (Dist. Ct. Dkt. Nos. 487, 500) and denying Defendants' motion for partial summary judgment on the legal malpractice claim (Dist. Ct. Dkt. No. 489); and (2) an order entered on January 30, 2026 (Dist. Ct. Dkt. No. 523), setting those claims for trial and scheduling a pre-trial conference for February 11, 2026.  In light of those rulings, the petitioner has already obtained the relief sought in the mandamus petition.  Accordingly, that petition is hereby **DISMISSED** as moot.

                                       By the Court,

                                       s/ Cheryl Ann Krause
                                       Circuit Judge

Dated: February 11, 2026
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk